# Mullen, Arms & FitzPatrick LLP

745 FIFTH AVE. NO. 500
NEW YORK, NY 10151

WESLEY M. MULLEN
MARTIN J.E. ARMS
VINCENT R. FITZPATRICK III

May 11, 2026

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>VIA CM/ECF</u>

Re:  <u>Nina Designs, Ltd. v. Bjorn's Colorado Honey Inc.</u>,
No. 25 CV 3171 (LAP)

Your Honor,

I represent Plaintiff Nina Designs, Ltd. I write with the consent of counsel for Defendant Bjorn's Colorado Honey Inc.

On May 11, 2026 the parties executed a settlement agreement that will finally resolve all claims in this action upon Defendant's satisfaction of certain contractual obligations.

I therefore write, pursuant to Section I.A of Your Honor's Individual Practices and Rules, to request that the Court:

(i)   Stay the action *sine die* and in its entirety in anticipation of voluntary dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), upon Defendant's satisfaction of its obligations under the settlement agreement;

(ii)  Enter the annexed [Proposed] Permanent Injunction on consent and as contemplated in the parties' settlement agreement; and

(iii) Vacate all existing deadlines and appearances, including the conference scheduled for May 13, 2026. (*See* <u>ECF Doc. 23</u>.)

5/12/26    SO ORDERED

*Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

WMULLEN@MULLENARMS.COM
646 632 3718

Mullen, Arms & FitzPatrick LLP

As recited in the [Proposed] Permanent Injunction, the parties request that the Court retain jurisdiction over this matter for the purposes of enforcing the Permanent Injunction and the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

Defendant's counsel has authorized me to represent his client's consent.

We thank the Court for its continued attention to this matter.

Respectfully,

Wesley M. Mullen

cc:    All counsel of record (via CM/ECF)

WMULLEN@MULLENARMS.COM
646 632 3718